# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **FIRST NATIONAL BANK OF IZARD COUNTY** | **PLAINTIFF** |

**VS.**     **CASE NO. 1:15-CV-5-BD**
           **(Lead Case)**

| | |
|---|---|
| **EVERGREEN PROCESSING, LLC F/K/A B & H RESOURCES, LLC; NORTHSTAR FARMS, LLC; JOHN P. HARDY; CELTIC BANK; HELEN BARTMESS; AND GIBSLAND BANK & TRUST CO. A/K/A GIBSLAND BANK & TRUST, N.A.** | **DEFENDANTS** |
| **CELTIC BANK** | **THIRD-PARTY PLAINTIFF** |

**VS.**

| | |
|---|---|
| **HAYNESVILLE SHALE RENTALS, LLC; ARK-LA-TEX LEASING, LLC; ENERGY RENTALS & LEASING, LLC; ELITE COIL TUBING SOLUTIONS, LLC; HARDY ENERGY SERVICES, INC.; AND JAMES P. HARDY, JR.** | **THIRD-PARTY DEFENDANTS** |
| **GIBSLAND BANK & TRUST CO. A/K/A GIBSLAND BANK & TRUST, N.A.** | **COUNTER-CLAIMANT** |

**VS.**

| | |
|---|---|
| **FIRST NATIONAL BANK OF IZARD COUNTY** | **COUNTER-DEFENDANT** |

| GIBSLAND BANK & TRUST CO. A/K/A GIBSLAND BANK & TRUST, N.A. | CROSS-CLAIMANT |
|---|---|

VS.

| JOHN P. HARDY, CELTIC BANK AND HELEN BARTMESS, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESTATE OF GEORGE BARTMESS, DECEASED | CROSS-DEFENDANTS |
|---|---|

| GIBSLAND BANK & TRUST CO. A/K/A GIBSLAND BANK & TRUST, N.A. | THIRD-PARTY PLAINTIFF |
|---|---|

VS.

| NORTHSTAR FARMS, LLC | THIRD-PARTY DEFENDANT |
|---|---|

| CELTIC BANK | PLAINTIFF |
|---|---|

VS.   CASE NO. 1:15-CV-78-BD
(Member Case)

| HAYNESVILLE SHALE RENTALS, LLC; EVERGREEN PROCESSING, LLC; FIRST NATIONAL BANK OF IZARD COUNTY AND HELEN BARTMESS, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESTATE OF GEORGE BARTMESS, DECEASED | DEFENDANTS |
|---|---|

## ORDER

First National Bank of Izard County has moved for an award of attorneys' fees. (Docket entry #154) It seeks fees and expenses in the amount of $46,157.51. The remaining parties to the lawsuit do not object to the amount requested. (#154)

First National Bank of Izard County's motion (#154) is GRANTED. First National Bank of Izard County is awarded $46,157.51 in fees and expenses. The first $35,000 of the proceeds of the sale of the 686-acre tract shall be paid to First National Bank of Izard

County. Payment of the remaining balance of the total fee award shall be determined by further order of the Court.

IT IS SO ORDERED this 29th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE