# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT ARKANSAS
## NORTHERN DIVISION

**FIRST NATIONAL BANK OF
IZARD COUNTY**                                    **PLAINTIFF**

**VS.**                    **CASE NO. 1:15-CV-5-BD**
                              **(Lead Case)**

**EVERGREEN PROCESSING,
LLC F/K/A B & H RESOURCES,
LLC; NORTHSTAR FARMS, LLC;
JOHN P. HARDY; CELTIC BANK;
HELEN BARTMESS; AND GIBSLAND
BANK & TRUST CO. A/K/A
GIBSLAND BANK & TRUST, N.A.**                    **DEFENDANTS**

**CELTIC BANK**                    **THIRD-PARTY PLAINTIFF**

**VS.**

**HAYNESVILLE SHALE RENTALS, LLC;
ARK-LA-TEX LEASING, LLC; ENERGY
RENTALS & LEASING, LLC; ELITE COIL
TUBING SOLUTIONS, LLC; HARDY
ENERGY SERVICES, INC.; AND JAMES
P. HARDY, JR.**                    **THIRD-PARTY DEFENDANTS**

**GIBSLAND BANK & TRUST CO. A/K/A
GIBSLAND BANK & TRUST, N.A.**                    **COUNTER-CLAIMANT**

**VS.**

**FIRST NATIONAL BANK OF
IZARD COUNTY**                    **COUNTER-DEFENDANT**

| | |
|---|---|
| GIBSLAND BANK & TRUST CO. A/K/A | |
| GIBSLAND BANK & TRUST, N.A. | CROSS-CLAIMANT |
| | |
| VS. | |
| | |
| JOHN P. HARDY, CELTIC BANK AND | |
| HELEN BARTMESS, INDIVIDUALLY, | |
| AND AS EXECUTRIX OF THE ESTATE | |
| OF GEORGE BARTMESS, DECEASED | CROSS-DEFENDANTS |
| | |
| GIBSLAND BANK & TRUST CO. A/K/A | |
| GIBSLAND BANK & TRUST, N.A. | THIRD-PARTY PLAINTIFF |
| | |
| VS. | |
| | |
| NORTHSTAR FARMS, LLC | THIRD-PARTY DEFENDANT |
| | |
| CELTIC BANK | PLAINTIFF |
| | |
| VS. | CASE NO. 1:15-CV-78-BD |
| | (Member Case) |
| HAYNESVILLE SHALE RENTALS, | |
| LLC; EVERGREEN PROCESSING, | |
| LLC; FIRST NATIONAL BANK OF | |
| IZARD COUNTY AND HELEN | |
| BARTMESS, INDIVIDUALLY, AND | |
| AS EXECUTRIX OF THE ESTATE | |
| OF GEORGE BARTMESS, DECEASED | DEFENDANTS |

## ORDER

The United States Marshal conducted a sale of the property described in the

judgment and decree of foreclosure (#153), and the funds have been disbursed. (#161,

#162, #163, #164) Accordingly, the clerk is instructed to close the case.

IT IS SO ORDERED this 4th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE